**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **DWAYNE M. WASHINGTON,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | **CIVIL ACTION FILE** |
| **VS.** | : | **NO.  1:06-CV-112 (WLS)** |
| | : | |
| **JAMIL SABA, Sheriff,** | : | |
| | : | |
| **Respondent.** | : | |

_____

**RECOMMENDATION OF DISMISSAL**

For the reasons set out below it is the RECOMMENDATION of the undersigned that this petition seeking habeas corpus relief filed by a former *pro se* inmate at the Dougherty County, Georgia Jail be DISMISSED.

A review of the petition filed on or about August 8, 2008 (Doc. # 1), reveals that in all likelihood, the petitioner, in May of 2006 stipulated that his failure to report to his State Probation Officer (without benefit of counsel) constituted a violation of his probated sentence, whereupon the State Sentencing Judge revoked two years.  Given that the revocation occurred in May of 2006, it is obvious that the petitioner had not exhausted his state court remedies when he filed this petition in August 2006.

On August 15, 2006, the court granted the petitioner's motion to proceed *in forma pauperis* (Doc. # 4).  That order further directed that a copy of the pleadings be served upon the Respondent and the Attorney General for the State of Georgia and that the Respondent file an answer to the petition within sixty (60) days.  Inasmuch as the Office of the State Attorney General does not represent County Sheriffs in matters such as this, that office should not have been ordered to provide an answer.  The respondent sheriff however was also ordered to answer

the petition which, for reasons unknown to this writer, did not occur.

The above notwithstanding, the petitioner has had no contact with this court since the filing of his petition, some twenty-six months ago.  When the lack of activity herein was brought to the attention of the undersigned,  the Dougherty County, Georgia Jail was contacted where it was learned that petitioner's two year revocation notwithstanding, he was released from custody on May 30, 2007, after serving approximately fifty percent of his sentence.

On September 30, 2008, the undersigned ordered the petitioner to show cause why his petition should not be dismissed in view of the above stated circumstances (Doc. # 6).  That order also noted that in view of the fact that the Dougherty County, Georgia Jail was the last known address for petitioner he would most likely not receive the order.  Petitioner's copy of the show cause order was returned to the office of the Clerk of Court on October 15, 2008 (Doc. # 7).  The last sentence of the order granting petitioner's motion to proceed *in forma pauperis* and directing service upon respondent provides that, "[t]he petitioner is advised that his failure to keep the Clerk of the Court informed as to any change of address may result in the dismissal of this action."  (Doc. # 1).   There is no indication in this file that petitioner failed to receive that order.  Although somewhat speculative, it certainly appears to the undersigned that petitioner, having obtained his freedom, is no longer interested pursuing this matter.

If this matter is not dismissed it will continue to clog this court's docket.  It is therefore so RECOMMENDED.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 16th day of October 2008.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE