IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DWAYNE M. WASHINGTON,

    Petitioner,

v.                                              1:06-CV-112(WLS)

JAMIL SABA, Sheriff,

    Respondent.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed October 16, 2008. (Doc. 8). It is recommended that Petitioner's action be dismissed for Petitioner's failure to diligently prosecute the same. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 8) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's action is **DISMISSED FOR FAILURE TO PROSECUTE**.

**SO ORDERED**, this 5th day of April, 2009.

    THE HONORABLE W. LOUIS SANDS,
    UNITED STATES DISTRICT COURT

1